# EXHIBIT A



SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Marlena Mosely
3211 Cranberry Road
Olean, NY 14760

9590 9402 8108 2349 2218 51

2. Article Number (Transfer from service label)
7022 3330 0001 9425 2629

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature
   X ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

JAN 24 2024

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Insured Delivery

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED JAN 29 2024

USPS TRACKING #
9590 9402 8108 2349 2218 51

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Law Office of Alan J. Tauber, PC
718 Arch Street, Suite 702
Philadelphia, PA  19106

**Tracking Number:**
7022333000019425262 9

Copy   Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 10:19 am on January 24, 2024 in OLEAN, NY 14760.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

---

**Delivered**
Delivered, Individual Picked Up at Post Office
OLEAN, NY 14760
January 24, 2024, 10:19 am

**Notice Left (No Authorized Recipient Available)**
OLEAN, NY 14760
January 22, 2024, 2:01 pm

**Arrived at USPS Regional Destination Facility**
BUFFALO NY DISTRIBUTION CENTER
January 20, 2024, 10:11 pm

**In Transit to Next Facility**
January 20, 2024

**Arrived at USPS Regional Facility**
HARRISBURG PA DISTRIBUTION CENTER
January 18, 2024, 8:37 am

**Departed Post Office**
FORT WASHINGTON, PA 19034
January 17, 2024, 4:30 pm